UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARCUS JUDE COMEAUX | CIVIL ACTION NO. 6:13-cv-00768 |
| VERSUS | JUDGE: RICHARD T. HAIK |
| MICHAEL W. NEUSTROM, IN HIS CAPACITY AS SHERIFF OF LAFAYETTE PARISH, ROBERT J. REARDON IN HIS CAPACITY AS DIRECTOR OF CORRECTIONS FOR THE LAFAYETTE PARISH CORRECTIONAL CENTER, DEPUTY WILLIS GUIDRY, JR., DEPUTY M. HIATT, CORPORAL B. REVIERE, DEPUTY GARY, ACE AMERICAN INSURANCE COMPANY and CORRINE CADDY | MAGISTRATE: PATRICK J. HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR DISMISSAL OF CERTAIN DEFENDANTS**

ON JOINT MOTION of Plaintiff, MARCUS JUDE COMEAUX and Defendants, MICHAEL W. NEUSTROM, IN HIS CAPACITY AS SHERIFF OF LAFAYETTE PARISH, ROBERT J. REARDON, IN HIS CAPACITY AS DIRECTOR OF CORRECTIONS FOR THE LAFAYETTE PARISH CORRECTIONAL CENTER, DEPUTY WILLIS GUIDRY, JR., DEPUTY M. HIATT, CORPORAL B. REVIERE, DEPUTY GARY, and ACE AMERICAN INSURANCE COMPANY, through undersigned counsel, and on suggesting to this Honorable Court that the parties do desire to dismiss all claims existing by and between them in the above entitled and numbered cause, with full prejudice, with each party to pay its own court costs.

Plaintiff specifically reserves all rights as against Defendant, Corrine Caddy.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| J. Christopher Alexander, Sr. (#26591) | S. Stephen Spring, II (#12347) |
| 3751 Government St., Suite A | 733 East Airport Ave., Suite 104 |
| Baton Rouge, LA 70806 | Baton Rouge, LA 70806 |
| Telephone: (225) 761-456 | Telephone: (225) 932-9671 |
| Facsimile: (225) 761-7899 | Facsimile: (413) 451-8923 |
| chris@jcalaw.com | Springlaw@gmail.com |
| **Co-Counsel for Plaintiff** | **Co-Counsel for Plaintiff** |

*AND*

MAHTOOK & LAFLEUR
(A Limited Liability Company)

_____
KAY A. THEUNISSEN (#17448)
P.O. Box 3089
Lafayette, LA  70502
Telephone: (337) 266-2189
Facsimile: (337) 266-2303
ktheunissen@mandllaw.com

**Attorneys for Michael W. Neustrom, In His Capacity as Sheriff of Lafayette Parish, Robert J. Reardon, In His Capacity as Director of Corrections for the Lafayette Parish Correctional Center, Deputy Willis Guidry, Jr., Deputy M. Hiatt, Corporal B. Reviere, Deputy Gary and Ace American Insurance Company**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARCUS JUDE COMEAUX | CIVIL ACTION NO. 6:13-cv-00768 |
| VERSUS | JUDGE: RICHARD T. HAIK |
| MICHAEL W. NEUSTROM, IN HIS CAPACITY AS SHERIFF OF LAFAYETTE PARISH, ROBERT J. REARDON IN HIS CAPACITY AS DIRECTOR OF CORRECTIONS FOR THE LAFAYETTE PARISH CORRECTIONAL CENTER, DEPUTY WILLIS GUIDRY, JR., DEPUTY M. HIATT, CORPORAL B. REVIERE, DEPUTY GARY, ACE AMERICAN INSURANCE COMPANY and CORRINE CADDY | MAGISTRATE: PATRICK J. HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted in the above captioned matter with regard to Defendants MICHAEL W. NEUSTROM, IN HIS CAPACITY AS SHERIFF OF LAFAYETTE PARISH, ROBERT J. REARDON, IN HIS CAPACITY AS DIRECTOR OF CORRECTIONS FOR THE LAFAYETTE PARISH CORRECTIONAL CENTER, DEPUTY WILLIS GUIDRY, JR., DEPUTY M. HIATT, CORPORAL B. REVIERE, DEPUTY GARY, and ACE AMERICAN INSURANCE COMPANY and are hereby dismissed, with full prejudice, with each party to bear their own costs.

WHEREAS, all claims by Plaintiff adverse to Defendant, Corrine Caddy are hereby reserved.

THUS DONE AND SIGNED at Lafayette, Louisiana, this ____ day of _____, 2013.

_____
U.S. DISTRICT COURT JUDGE
RICHARD T. HAIK, JR.