UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARCUS JUDE COMEAUX<br>*Plaintiff*<br><br>v.<br><br>MICHAEL W. NEUSTROM, IN HIS CAPACITY AS SHERIFF OF LAFAYETTE PARISH, ROBERT J. REARDON IN HIS CAPACITY AS DIRECTOR OF CORRECTIONS FOR THE LAFAYETTE PARISH CORRECTIONAL CENTER, DEPUTY WILLIS GUIDRY, JR., DEPUTY M. HIATT, CORPORAL B. REVIERE, DEPUTY GARY, ACE AMERICAN INSURANCE COMPANY, AND CORRINE CADDY<br>*Defendants* | CIVIL ACTION NO.: 6:13-cv-00768-RTH-PJH<br>JUDGE: RICHARD T. HAIK, SR.<br>MAGISTRATE: PATRICK J. HANNA |

STATE OF LOUISIANA
UNITED STATES OF AMERICA

### AFFIDAVIT OF MARCUS COMEAUX

**BEFORE ME**, the undersigned authority, personally came and appeared: **Marcus Comeaux**, the party plaintiff herein, who, after being sworn, did depose and say that I have carefully read the attestations of **Kara Joleen Lomeyer** and **Mark A. Comeaux** as contained in their statements attached to the Memorandum In Opposition to Defendant's Motion for Summary Judgment (Record Doc. 12) and to the best of my personal knowledge, information, and belief all that of the facts stated therein are true and correct.

_____
Marcus Comeaux

**THUS DONE, SWORN TO, AND SUBSCRIBED** before me, the undersigned, duly competent and qualified Notary Public, on this 21st day of January, 2014.

_____
S. Stephen Spring, II
Notary Public - State of Louisiana
La. Bar Roll No. 12347
My Commission expires at death



