UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARCUS JUDE COMEAUX | : |
| VERSUS | : CIVIL ACTION NO. 6:13-CV-00768 |
| MICHAEL W. NEUSTROM, ET AL | : JUDGE HAIK, MAG. JUDGE HANNA |

**MOTION OF DEFENDANT FOR LEAVE OF COURT TO FILE
REPLY MEMORANDUM IN RESPONSE TO PLAINTIFF'S MEMORANDUM
IN OPPOSITION TO MOTION FOR SANCTIONS PURSUANT TO FRCP RULE 11**

NOW INTO COURT, through undersigned counsel, comes defendant, CORRINE CADDY, who, pursuant to Local Rule. 7.4 of the Uniform District Court Rules, respectfully seeks leave of court to file this Reply Memorandum in Response to Plaintiff's Memorandum in Opposition to Motion for Sanctions Pursuant to FRCP Rule 11 [Court Doc. #16].

Counsel for the plaintiff have been contacted, and it is not known as to whether or not counsel for plaintiff have any objection to defendant's request for leave to file this Reply Memorandum, as they have not responded.

AND FOR ALL JUST AND EQUITABLE RELIEF, ETC.

BORNE & WILKES, L.L.C.

BY: _____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
TONYA R. SMITH (Bar Roll #30065)
KATHY L. SMITH (Bar Roll #30731)
ADRIANE M. REESE (Bar Roll #34721)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 201
Facsimile: (337) 232-1837
E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR CORRINE CADDY

CERTIFICATE

I HEREBY CERTIFY that on February 4, 2014, a copy of the foregoing Motion for Leave of Court to File Reply Memorandum in Response to Plaintiff's Memorandum in Opposition to Motion for Sanctions Pursuant to FRCP Rule 11 was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. Stephen Spring and Mr. Christopher Alexander by operation of the court's electronic filing system.

_____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644)
BORNE & WILKES, L.L.C.
Attorney for Defendant