UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| MARCUS JUDE COMEAUX | : | |
| VERSUS | : | CIVIL ACTION NO. 6:13-CV-00768 |
| MICHAEL W. NEUSTROM, ET AL | : | JUDGE HAIK, MAG. JUDGE HANNA |

### ORDER

Considering the foregoing Motion of Defendant for Leave of Court to File Reply Memorandum In Response to Plaintiff's Memorandum in Opposition to Motion for Sanctions Pursuant to FRCP Rule 11;

IT IS HEREBY ORDERED that defendant, CORRINE CADDY, be and she is hereby granted leave to file her Reply Memorandum In Response to Plaintiff's Memorandum in Opposition to Defendant's Motion for Sanctions Pursuant to FRCP Rule 11.

**THUS SIGNED**, this_____day of_____, 2014, at_____, Louisiana.

_____
JUDGE