UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| BRENDA MASON, ET AL | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:12-CV-02939 |
| CITY OF LAFAYETTE, ET AL | : | JUDGE HAIK, MAG. JUDGE HILL |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

Considering the foregoing Motion in Limine;

IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs show cause on the _____ day of _____, 20___ at ___ o'clock ___ m. why the Motion in Limine to Exclude Expert Report and/or Testimony of Ronald R. Scott and George L. Kirkham, filed on behalf of Lafayette City-Parish Consolidated Government; Chief James P. Craft, in his official capacity as Chief of Police of Lafayette City-Parish Consolidated Government; and Officer Martin Faul, individually and in his official capacity as a police officer for Lafayette City-Parish Consolidated Government should not be granted.

THUS DONE AND SIGNED at Lafayette, Louisiana this ____ day of _____, 2013.

_____
JUDGE