UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| MARCUS JUDE COMEAUX | : | |
| VERSUS | : | CIVIL ACTION NO. 6:13-CV-00768 |
| MICHAEL W. NEUSTROM, ET AL | : | JUDGE HAIK, MAG. JUDGE HANNA |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### MOTION IN LIMINE TO STRIKE PLAINTIFF'S EXHIBITS ATTACHED TO HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, CORRINE CADDY, who moves this Honorable Court to prohibit plaintiff from introducing the exhibits submitted in opposition to defendant's Motion for Summary Judgment, since said exhibits in the form of unsworn handwritten statements and an affidavit not based on personal knowledge do not conform to the dictates of FRCP 56 or 28 U.S.C. 1746, and as such, are incompetent summary judgment evidence.

WHEREFORE, defendant prays that her motion be granted and that this Honorable Court issue an Order excluding from consideration at the hearing on defendant's Motion for Summary Judgment, any and all unsworn handwritten statements and/or affidavits attempted to be submitted by plaintiff which do not comport with FRCP 56 and/or 28 U.S.C. 1746.

AND FOR ALL JUST AND EQUITABLE RELIEF, ETC.

BORNE & WILKES, L.L.C.

BY: _____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
TONYA R. SMITH (Bar Roll #30065)
KATHY L. SMITH (Bar Roll #30731)
ADRIANE M. REESE (Bar Roll #34721)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 201
Facsimile: (337) 232-1837
E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR CORRINE CADDY

CERTIFICATE

I HEREBY CERTIFY that on February 4, 2014, a copy of the foregoing Motion in Limine was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. Steven Spring and Mr. Christopher Alexander by operation of the court's electronic filing system.

_____S/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644)
BORNE & WILKES, L.L.C.
Attorney for Defendant