UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: 02/10/14

Reply To:   JUDGE RICHARD T. HAIK

Subject: #13-CV-0768  - Marcus Comeaux vs. Michael Neustrom, et al

To:   All Counsel of Record

<u>MINUTE ENTRY</u>

 The Motion Hearings [Rec. Doc. 12 and Rec. Doc. 13], in the above captioned matter, scheduled to commence on 02/13/2014 are cancelled and will be heard without oral argument.

jb