JUL 3 1 2014

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| MARCUS JUDE COMEAUX | : | |
| VERSUS | : | CIVIL ACTION NO. 6:13-CV-00768 |
| MICHAEL W. NEUSTROM, ET AL | : | JUDGE HAIK, MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## ORDER

Considering the foregoing Motion to Set Oral Argument;

IT IS HEREBY ORDERED that the Motion for Attorney's Fees and Costs Pursuant to 42 U.S.C.A. § 1988, F.R.C.P. RULE 54, and 28 U.S.C.A. § 1927 filed by defendant in the above and captioned matter [Court Doc. #35] filed by defendant in the above captioned matter, be set for oral argument on the __18th__ day of __September__, 2014 at __9:30__ o'clock, __A__.M.

Thus done and signed on this __29th__ day of __July__, 2014, Lafayette, Louisiana.

HON. RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE